**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Denisse ENCINAS–MARTINEZ,**
**Defendant—Appellant.**

No. 08–10548.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 17, 2009.*

Filed Dec. 14, 2009.

Kimberly E. Hopkins, Esquire, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Edward Harris Laber, Esquire, Law Offices of Edward H. Laber, Ltd., Tucson, AZ, for Defendant–Appellant.

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

## MEMORANDUM **

Denisse Encinas–Martinez appeals from the 42–month sentence imposed following her guilty-plea conviction for possession with intent to distribute marijuana, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vii), and employment or use of persons under 18 years of age in drug operations, in violation of 21 U.S.C. § 861(a)(2). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Encinas–Martinez contends that her sentence is unreasonable because the district court did not grant a downward departure for imperfect duress pursuant to U.S.S.G. § 5K2.12. The record reflects that the district court did not procedurally err at sentencing, and that the below-Guidelines range sentence is substantively reasonable in light of the totality of the circumstances. *See United States v. Crowe,* 563 F.3d 969, 977–78 (9th Cir.2009); *United States v. Carty,* 520 F.3d 984, 993 (9th Cir.2008) (en banc); *see also* U.S.S.G. § 5K2.12.

## AFFIRMED.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.